744

## Ex parte Juan SANTOS.
### No. 22245.

Court of Criminal Appeals of Texas.
Nov. 11, 1942.

Julian La Crosse, of Del Rio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

The question sought to be presented on appeal is moot, as appears from the opinion in Ex parte Maria Sanchez, Tex.Cr.App., 165 S.W.2d 743.

The appeal is dismissed.